UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS AND TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

Index No.:

RULE 7.1

                              Plaintiffs,

-against-

CARABIE CORPORATION AND CHUBB GROUP
OF INSURANCE COMPANIES AND VIGILANT
INSURANCE COMPANY AND FEDERAL
INSURANCE COMPANY AND FIDELITY AND
DEPOSIT COMPANY OF MARYLAND AND
ZURICH AMERICAN INSURANCE COMPANY,

                              Defendant.

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: December 13, 2007

                                                                       Dana L. Henke, Esq. (DLH3025)