STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

....................................................................................................................................

Trustees of the Structural Steel and Bridge Painters of                                    07 CIV 11404
Greater New York Employee Trust Funds and Trustees of      Plaintiff(s)
The District Council 9 Painting Industry Insurance and
Annuity Funds                                                                                 Defendant(s)

                                        against

Carabie Corporation and
Fidelity and Deposit Company of Maryland

....................................................................................................................................

RE : Fidelity and Deposit Company of Maryland

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of
Summons and Complaint in the above entitled action on December 24, 2007 at Albany,
New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

     Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
     Attorneys at Law
     258 Saw Mill River Road
     Elmsford, New York 10523
Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.
Duplicate to  Defendant :

     Robert L. Lawrence
     Fidelity and Deposit Company of Maryland
     3910 Keswick Road
     Baltimore, Maryland 21211

                         *Clark J. Williams*

                    by Clark J. Williams
                    Special Deputy Superintendent

Dated Albany, New York, December 26, 2007
425144      C.A.#188945