STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257


STATE OF NEW YORK
District Court, Sourthern District of New York

.......................................................................................................................................

Trustees of the Structural Steel and Bridge Painters of
Greater New York Employee Trust Funds and Trustees of
The District Council 9 Painting Industry Insurance and
Annuity Funds

                  against

Carabie Corporation , etal., and
Zurich American Insurance Company

           Plaintiff(s)

           Defendant(s)

07 CIV 11404

.......................................................................................................................................

RE :  Zurich American Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of
Summons and Complaint in the above entitled action on December 24, 2007 at Albany,
New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
    Attorneys at Law
    258 Saw Mill River Road
    Elmsford,  New York 10523

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby
notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    Audrey Hanrahan
    Zurich American Insurance Company
    1400 American Lane
    T1-14
    Schaumburg,  Illinois 60196

                    *Clark J. Williams*

                 by Clark J. Williams
                 Special Deputy Superintendent

Dated Albany, New York, December 26, 2007
425136      C.A.#I88941