TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS AND TRUSTEES OF )
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY )
INSURANCE AND ANNUITY FUNDS )
)
V. )
)
CARABIE CORPORATION AND CHUBB GROUP OF )
INSURANCE COMPANIES AND VIGILANT
INSURANCE COMPANY, ET AL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Docket/Index # 07 CIV. 11404

**Affidavit of Service**

State of New Jersey
                              SS:
County of Bergen

I, JAMES REAP being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on January 11, 2008 at 1:37 PM, deponent served the within named SUMMONS and COMPLAINT upon CHUBB GROUP OF INSURANCE COMPANIES. Said service was effected at CHUBB GROUP OF INSURANCE COMPANIES, 15 MOUNTAIN VIEW ROAD, WARREN, NJ 07059, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to Grace M. Lippincott personally. Deponent knew said corporation so served to be the corporation described as CHUBB GROUP OF INSURANCE COMPANIES and knew said individual to be the Administrative Assistant, Legal Department thereof, an authorized person to accept service of process.

Grace M. Lippincott is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: Female  Skin Color: White  Hair: Blonde  Age(Approx): 45  Ht.(Approx): 5' 5"  Wt.(Approx): 130-140 lbs
Other: Glasses

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on January 15, 2008

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

JAMES REAP, Process Server
SPEEDY LAWYERS SERVICE
67 TOMMY CT.
MAHOPAC, NY 10541-1055

CLS # 36862