COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 684-6800
FAX (914) 684-6986
http://www.chnnb.com

WALLACE BOCK
PHILIP M. HALPERN (ALSO CT)
DAVID A. NEWBERG
HARRY J. NICOLAY, JR. (ALSO NJ)
JAMES J. NOLLETTI
SCOTT M. SALANT (ALSO MA)
PAUL D. SRUGNANO

HOWARD S. BONFIELD (ALSO NJ)
GREGORY A. BORDON (ALSO CT)
SHEILA A. BURKE
EFREM Z. FISCHER (ALSO NJ)
JENNIFER J. O'HARA
KIMBERLY S. THOMSEN (ALSO CT)

WILLIAM J. COLLIER, JR. (ALSO CT)
SENIOR COUNSEL

LEWIS W. SIEGEL
COUNSEL

March 20, 2008

NEW YORK OFFICE:
355 LEXINGTON AVENUE - SUITE 1400
NEW YORK, NEW YORK 10017
(212) 481-1300
FAX: (212) 696-4064

CONNECTICUT OFFICE:
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 348-5255

NEW JERSEY OFFICE:
161 EAGLE ROCK AVENUE
ROSELAND, NEW JERSEY 07068
(973) 618-9770

PAUL J. MONSELL (1948-1993)
DONALD L. WALLACE (1925-2002)

**MEMO ENDORSED**

**VIA FACSIMILE**
**(914) 390-4179**

Honorable Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    Trustees of the Structural Steel and Bridge Painters
           of Greater New York, et al. v. Carabie Corporation, et al.,
           **07 Civ. 11404 (SCR)**

Dear Judge Robinson:

    We represent the defendant Carabie Corporation in the above referenced action and write to respectfully request an extension of defendant's time to answer, move or otherwise respond to the complaint from March 21, 2008 to April 4, 2008. Counsel has consented to the extension of time. We were only recently retained to represent Carabie Corporation, and therefore need additional time to confer with our client to prepare a proper response to the complaint. In addition, the parties intend to confer in an effort to resolve this matter but need additional time to do so. Three previous extensions have been granted by this Court. We appreciate the Court's patience with this matter.

    If you have any questions or need further information, please do not hesitate to contact me.

Respectfully submitted,

Harry J. Nicolay

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

Stephen C. Robinson
HON. STEPHEN C. ROBINSION

3/20/08

Case 7:07-cv-11404-SCR Document 12 Filed 03/20/2008 Page 2 of 2

cc.: **VIA FACSMILIE**
**<u>(914) 592-3213</u>**

Dana L. Henke, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
Attorneys for Plaintiff