UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Docket No.: 07-cv-11404 (SCR) |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| CARABIE CORPORATION, et al. | |
| Defendants. | |

-----------------------------------------------------------------x

    Scott A. Levin, Esq., of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Defendants, Vigilant Insurance Company, Zurich American Insurance Company, Chubb Group of Insurance Companies, Fidelity & Deposit Company of Maryland and Federal Insurance Company.


Dated: April 9, 2008        By:     /s Scott A. Levin
                                                   Scott A. Levin
                                                   88 Pine Street – 24th Floor
                                                   New York, New York 10005
                                                   (212) 483-9490 (telephone)
                                                   (212) 483-9129 (facsimile)