# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
## ATTORNEYS AT LAW

88 PINE STREET
24TH FLOOR
NEW YORK, NEW YORK 10005
(212) 483-9490
FACSIMILE (212) 483-9129

SCOTT A. LEVIN
Direct dial: (973) 425-8838
slevin@mdmc-law.com

*MEMO ENDO*

April 9, 2008

**By Facsimile**
Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: *Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds v. Carabie Corporation, et al.*,
Civil Action No.: 07-CV-11404
MDM&C File No.: J0070-1011

Dear Judge Robinson:

We represent Defendants, Vigilant Insurance Company, Federal Insurance Company, the Chubb Group of Insurance Companies, Zurich American Insurance Company and Fidelity & Deposit Company of Maryland (collectively the "Surety Defendants") in the above-referenced matter. We write pursuant to Section 1(E) of your individual practices to request, on consent of all parties, the following:

1. That the Surety Defendants' time to file a responsive pleading to Plaintiffs' Complaint be extended to and including April 18, 2008 (the same date that Carabie Corporation's responsive pleading is due);

2. That the conference scheduled for 10:00 a.m. on Friday, April 11, 2008 be adjourned to a date after April 18, 2008, at the Court's convenience.

If the Surety Defendants' requests are acceptable to the Court, please endorse this letter. We will make ourselves available at the Court's convenience if there are any questions or concerns.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP

Scott A. Levin

cc: Dana Henke, Esq. (by ECF)
Harry Nicolay, Esq. (by facsimile)

*[Handwritten endorsement:]* Time to file responsive pleading is extended to 4/18/08. Conference is adjourned to 5/9/08 @ 10AM

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NEWARK, NEW JERSEY    RIDGEWOOD, NEW JERSEY    NEW YORK, NEW YORK    DENVER, COLORADO    PHILADELPHIA, PENNSYLVANIA