UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS AND TRUSTEES OF          **RULE 7.1 STATEMENT**
THE DISTRICT COUNSEL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

                Plaintiff,                    07 Civ. 11404 (SCR)( LMS)

               -against-

CARABIE CORPORATION AND CHUBB GROUP OF
INSURANCE COMPANIES AND VIGILANT
INSURANCE COMPANY AND FIDELITY AND
DEPOSIT COMPANY OF MARYLAND AND ZURICH
AMERICAN INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------------------X

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Carabie Corporation (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publically held.

Dated: White Plains, New York
      _____ April 18, 2008

                                  **COLLIER, HALPERN, NEWBERG,**
                                    **NOLLETTI & BOCK, LLP**
                                Attorneys for Defendant Carabie Corporation

              By:    S/Harry J. Nicolay_____
                      Harry J. Nicolay ((HN-6025)
                      A Member of the Firm
                      One North Lexington Avenue, 15th Floor
                      White Plains, New York 10601
                      (914) 684-6800