## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, I caused a copy of the foregoing Rule 7.1 Statement to be served upon the following counsel of record:

Dana L. Henke (DLH-3025)
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLCC
Attorneys for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

electronically and by depositing a true copy thereof in a properly addressed wrapper, deposited in an official depository of -- an overnight courier service -- Federal Express, located at One North Lexington Avenue, White Plains, New York 10601, marked for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, with signature of receipt requested.

Dated: White Plains, New York
April 18, 2008

                                      s/ Harry J. Nicolay
                                      Harry J. Nicolay, Jr., Esq. (HN-6025)
                                          A member of the firm
                                      COLLIER, HALPERN, NEWBERG,
                                          NOLLETTI & BOCK, LLP
                                      Attorneys for Defendant
                                      One North Lexington Avenue
                                      White Plains, New York 10601
                                      (914) 684-6800