Mark A. Rosen (MAR-2030)
Scott A. Levin (SAL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
Chubb Group of Insurance Companies

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Civil No. 07-CV-11404 |
| Plaintiffs, | **DEFENDANT CHUBB GROUP OF INSURANCE COMPANIES' RULE 7.1 STATEMENT** |
| -    against – | |
| CARABIE CORPORATION AND CHUBB GROUP OF INSURANCE COMPANIES AND VIGILANT INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

-------------------------------------------------------------------

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, Chubb Group of Insurance Companies ("Chubb") hereby certifies that Chubb is a publicly traded corporation.

                                                                              Attorneys for Defendant,
                                                                              Chubb Group of Insurance Companies

Date:  April 18, 2008                                        By:____/s Mark A. Rosen_____
                                                                                Mark A. Rosen (MAR 2030)
                                                                                Scott A. Levin (SAL 9041)
                                                                                McElroy, Deutsch, Mulvaney
                                                                                & Carpenter, LLP
                                                                                88 Pine Street – 24th Floor
                                                                                New York, New York 10005
                                                                                (212) 483-9490