Mark A. Rosen (MAR-2030)
Scott A. Levin (SAL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
Federal Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Civil No. 07-CV-11404 |
| Plaintiffs, | **DEFENDANT FEDERAL INSURANCE COMPANY'S RULE 7.1 STATEMENT** |
| - against – | |
| CARABIE CORPORATION AND CHUBB GROUP OF INSURANCE COMPANIES AND VIGILANT INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

-------------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, Federal Insurance Company ("Federal") hereby certifies that the following are parent corporations of Federal and are the publicly held corporations that hold 10% or more of Federal's stock: The Chubb Corporation and Vigilant Insurance Company.

                                                                                   Attorneys for Defendant,
                                                                                    Federal Insurance Company

Date: April 18, 2008                              By:____/s Mark A. Rosen_____
                                                                        Mark A. Rosen (MAR 2030)
                                                                        Scott A. Levin (SAL 9041)
                                                                        McElroy, Deutsch, Mulvaney
                                                                        & Carpenter, LLP
                                                                        88 Pine Street – 24th Floor
                                                                        New York, New York 10005
                                                                        (212) 483-9490