Mark A. Rosen (MAR-2030)
Scott A. Levin (SAL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
Fidelity and Deposit Company of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>- against –<br><br>CARABIE CORPORATION AND CHUBB GROUP OF INSURANCE COMPANIES AND VIGILANT INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil No. 07-CV-11404<br><br>**DEFENDANT FIDELITY AND DEPOSIT COMPANY OF MARYLAND'S RULE 7.1 STATEMENT** |

-----------------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, Fidelity and Deposit Company of Maryland ("F & D") hereby certifies that Zurich North America, a/k/a Zurich, N.A., is a parent corporation of F & D and is the publicly held corporation that holds 10% or more of F & D's stock.

    Attorneys for Defendant,
    Fidelity and Deposit Company of Maryland

Date: April 18, 2008    By:____/s Mark A. Rosen_____
    Mark A. Rosen (MAR 2030)
    Scott A. Levin (SAL 9041)
    McElroy, Deutsch, Mulvaney
    & Carpenter, LLP
    88 Pine Street – 24th Floor
    New York, New York 10005
    (212) 483-9490