**Certification of Service**

I certify that on the date indicated herein, I caused copies of the Rule 7.1 Disclosure Statements and Answers and Affirmative Defenses submitted by Defendants, Chubb Group of Insurance Companies, Vigilant Insurance Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company to be sent via Electonic Case Filing and first class mail on the following counsel:

| |
|---|
| Dana L. Henke, Esq.<br>Barnes, Iaccarino, Virginia,<br>Ambinder & Shepherd, PLLC<br>258 Saw Mill River Road<br>Elmsford, New York 10523<br>Attorneys for Plaintiffs |
| Harry J. Nicolay, Jr., Esq.<br>Collier, Halpern, Newberg,<br>Nolletti & Bock, LLP<br>One North Lexington Avenue<br>White Plains, New York  10601,<br>Attorneys for Defendant,<br>Carabie Corp. |

s/ Scott A. Levin
Scott A. Levin

Dated:  April 18, 2008